**Dismissed; Opinion Filed January 23, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00720-CV

**UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION D/B/A PRATT & WHITNEY COMMERCIAL SERVICEABLE ASSETS, Appellant**

**V.**

**AERREACH AERO SPACE SOLUTIONS, LLC AND ROBERT V. HOGAN, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF TURBINE ASSET HOLDINGS, LLC, Appellees**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-07714-M**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Schenck
Opinion by Justice Myers

Before the Court is the parties' joint motion for dismissal of this appeal, filed January 4, 2018. The parties inform the Court that they have settled. Pursuant to Texas Rule of Appellate Procedure 42.1(a), we grant the motion and dismiss this appeal.

/Lana Myers/
LANA MYERS
JUSTICE

170720F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

UNITED TECHNOLOGIES
CORPORATION, PRATT & WHITNEY
DIVISION D/B/A PRATT & WHITNEY
COMMERCIAL SERVICEABLE ASSETS,
Appellant

No. 05-17-00720-CV        V.

AERREACH AERO SPACE SOLUTIONS,
LLC AND ROBERT V. HOGAN,
INDIVIDUALLY AND DERIVATIVELY
ON BEHALF OF TURBINE ASSET
HOLDINGS, LLC, Appellees

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-07714-M.
Opinion delivered by Justice Myers. Justices
Bridges and Schenck participating.

 

 

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 23rd day of January, 2018.